# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Patricia Knapp,

       Plaintiff,                     Civil No. 10-4909 (RHK/JJG)

vs.                             **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

The City of Minneapolis, et al.,

       Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: December 20, 2010

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge